**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6953**

DANNY MCCOY MILES, JR.,

        Plaintiff - Appellant,

    v.

DR. TAYLOR, Doctor at Western Tidewater Regional Jail; MRS.
DARDEN, Head of Medical at Western Tidewater Regional Jail,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:16-cv-00602-LMB-JFA)

Submitted: October 18, 2016      Decided: October 21, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny McCoy Miles, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny McCoy Miles, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miles v. Taylor, No. 1:16-cv-00602-LMB-JFA (E.D. Va. July 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED